UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 06-19438 JHW

Debtor: Dewayne J. Edwards

| Check Number | Creditor | Amount |
|---|---|---|
| 1637078 | Dewayne J. Edwards | 1,820.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: September 3, 2008